MAX EPSTEIN et al., Appellants, *v.* JOSEPH LEIBNER et al., Respondents, Impleaded with Another.

Submitted November 12, 1940; decided November 26, 1940.

*Charles S. Aronstam* and *Archie S. Karp* for appellants.

*Herman S. Bachrach* and *Helen Goldstein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.